IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFFERY MINER                                                        PETITIONER
ADC #83775

V.                              NO. 5:03CV00058 JWC

LARRY NORRIS, Director,                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this

date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of

habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 20th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE